*511 In re Westinghouse Electric Corp.; Shirley, Lou; Kimball, Ed; Entergy New Orleans Inc.; John Crane Inc.; Reilly-Benton; Flintkote; Fibreboard Corporation; Richard Klinger Inc.; Owens-Corning Fiberglass Corp.; Garlock Inc.; Anchor Packing; Taylor-Seidenbach Inc.; Armstrong World Industries; McCarty Corporation; — Defendants); applying for writ of certiorari and/or review; Parish of Orleans, Civil District Court, Div. “G”, No. 88-16051; to the Court of Appeal, Fourth Circuit, Nos. 96CA-1172, 96CA-1739.
Denied.
MARCUS, J., would grant the writ.
TRAYLOR, J., not on panel.